# IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

**CHARLENE PRUITT, Individually and
On behalf of the wrongful death heirs of
Martha Ruth Nixon, deceased**                                   **PLAINTIFF**

**VS.**                                                         **NO. 2012-304**

**INVACARE CORPORATION,
ABC, AND DEF**                                                  **DEFENDANT**

## CERTIFICATE OF CLERK

THE ATTACHED PLEADINGS ARE CERTIFIED TRUE AND CORRECT COPIES OF THE COMPLETE FILE IN THE OFFICE OF THE OF THE SMITH COUNTY CIRCUIT COURT IN THE ABOVE CAPTIONED MATTER.

**GIVEN UNDER MY HAND AND SEAL,** this the 15 TH DAY OF FEBRUARY, 2013

ANTHONY GRAYSON, CIRCUIT CLERK

BY: _____, DC
DEPUTY CLERK

EXHIBIT A

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

**Court Identification Docket #:** 65 / CI / 2012
**Docket Number:** 304
**Local Docket ID:** 31
**Month/Date/Year:** 10 / 26 / 12
*This area to be completed by clerk*

In the **CIRCUIT** Court of **SMITH** County — Judicial District ____

### Origin of Suit (Place an "X" in one box only)
- [x] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** PRUITT (Last Name), CHARLENE (First Name)

**Address of Plaintiff:** 234 CR 9, BAY SPRINGS, MS 39442
**Attorney (Name & Address):** CRYMES M. PITTMAN, POST OFFICE BOX 22985, JACKSON, MS 39225-29
**MS Bar No.:** 99225

Signature of Individual Filing: *[signature]*

### Defendant
**Business:** INVACARE CORPORATION

### Damages Sought:
Compensatory $ _____  Punitive $ _____

### Nature of Suit
- [x] Product Liability

FILED OCT 26 2012 — SMITH CO. CIRCUIT CLERK

IN THE __CIRCUIT__ COURT OF __SMITH__ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____     Docket No. If Filed
           File Yr     Chronological No.    Clerk's Local ID     Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
                  Last Name           First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business __ABC_____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
                  Last Name           First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business __DEF_____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
                  Last Name           First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

CHARLENE PRUITT, Individually and
on behalf of the wrongful death heirs of
Martha Ruth Nixon, deceased

PLAINTIFF

vs.

CIVIL ACTION NO. 2012-304

INVACARE CORPORATION,
ABC, and DEF

DEFENDANTS

## COMPLAINT

COMES NOW Charlene Pruitt individually and on behalf of the wrongful death beneficiaries of Martha Ruth Nixon, deceased, files this her Complaint against Defendants Invacare Corporation, ABC, and DEF, as follows:

### I.

Plaintiff Charlene Pruitt is an adult resident citizen of Jasper County, Mississippi, and she brings this civil action on behalf of the wrongful death statutory beneficiaries of Martha Ruth Nixon, deceased ("Nixon").

### II.

Defendant Invacare Corporation, is a non-resident corporation with its principal place of business located in Elyria, Ohio, which has appointed CT Corporation System, 1300 East Ninth Street, Cleveland, Ohio 44114 as its agent for service of process.

Defendants ABC and DEF are entities/individuals responsible for the design, manufacture, distribution, and sale of the bed described herein. The true identities of ABC and DEF are unknown at this time. Once the identities of ABC and DEF are discovered, their names will be substituted herein in accordance with the Mississippi Rules of Civil Procedure.

FILED
OCT 26 2012
SMITH CO. CIRCUIT CLERK

### III.

On or about October 30, 2009, Ms. Nixon was utilizing an Invacare homecare bed ("bed") when her head became lodged between the guardrail and bed thereby asphyxiating Ms. Nixon and causing her untimely death. The bed was designed, manufactured, distributed, and sold by Defendants Invacare, ABC, and DEF.

### IV.

The bed was, at the time it left the control of the Defendants and at the time it was utilized by Ms. Nixon, a defective product, unreasonably dangerous for the use for which it was intended; and therefore, the Defendants are strictly liable for the injuries and damages to the Plaintiff as set forth below under the doctrine of strict liability in tort and pursuant to Mississippi Code Annotated §11-1-63, to the extent that provision applies to this action. Further, the Defendants were negligent in the design, manufacture, distribution, and sale of the bed in question. Additionally, the Defendants breached warranties, both expressed and implied. Finally, the Defendants are also liable to the Plaintiff pursuant to the doctrine of *res ipsa loquitur*.

### V.

In the addition to the foregoing, the bed failed to contain adequate warnings or instructions. At the time the bed left the control of the Defendants, the Defendants knew or should have known about the defects and dangerous condition of the bed and that the ordinary user would not realize the defect or dangerous condition. Finally, the warnings or instructions were inadequate in that the Defendants failed to communicate or otherwise provide sufficient information regarding the dangers and safe uses of the bed taking into account the characteristics of and ordinary knowledge common to an individual utilizing such a bed.

## VI.

As a direct and proximate result of the negligence, strict liability, breach of warranties, failure to adequately warn or instruct, and other errors and omissions of the Defendants, Ms. Nixon was killed on October 30, 2009. The Plaintiff is entitled to recover, on behalf of the wrongful death beneficiaries, all damages provided for by Mississippi Code Annotated §11-7-13, including damages for loss of enjoyment for life.

## VII.

The conduct of the Defendants with regard to the design, manufacture, distribution, and sale of the bed constitutes gross negligence which evidences a willful, wanton, or reckless disregard for the safety of others, such that the Plaintiff is entitled to punitive damages of and from the Defendants pursuant to Miss. Code Ann. §11-1-65.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Charlene Pruitt, individually and on behalf of the wrongful death beneficiaries of Martha Ruth Nixon, deceased, files this her Complaint against Defendants Invacare Corporation, ABC, and DEF, and demands judgment in the sum that will reasonably compensate the wrongful death statutory beneficiaries of Martha Ruth Nixon for all of the actual damages. Plaintiff further demands punitive damages of and from the Defendants in an amount sufficient to deter similar conduct in the future. Plaintiff demands pre-judgment and post-judgment interest, attorney's fee, and all costs of this Court.

Respectfully submitted,

CHARLENE PRUITT, INDIVIDUALLY AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF MARTHA RUTH NIXON, DECEASED

BY: */s/ Crymes M. Pittman*
CRYMES M. PITTMAN

OF COUNSEL:

CRYMES M. PITTMAN, MSB# 99225
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

EUGENE C. TULLOS, MSB# 8302
TULLOS AND TULLOS
Post Office Box 74
Raleigh, Mississippi 39153
Telephone: (601) 782-4242
Facsimile: (601) 782-4212

# PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.

ATTORNEYS AT LAW
410 SOUTH PRESIDENT STREET
JACKSON, MISSISSIPPI 39201

TELEPHONE: (601) 948-6200
FACSIMILE: (601) 948-6187

CRYMES G. PITTMAN
ROBERT G. GERMANY
JOSEPH E. ROBERTS, JR.
C. VICTOR WELSH, III
CRYMES M. PITTMAN

P. O. BOX 22985
JACKSON, MS 39225-2985

Writer's email: cmp@pgrwlaw.com

October 26, 2012

**Via Hand Delivery**
Anthony Grayson, Clerk
Smith County Circuit Court
Raleigh, Mississippi

RE: *Charlene Pruitt, Individually and on behalf of the Wrongful Death Beneficiaries of Martha Ruth Nixon, Deceased vs. Invacare Corporation, ABC and DEF*; In the Circuit Court of Smith County, Mississippi

Dear Mr. Grayson:

Enclosed please find the originals and one copy each of the Complaint, civil cover sheet, and this firm's check in the amount of $160.00 representing the filing fee in this matter. Also enclosed are the original and one copy of the Summons which I asked be issued and returned to me.

I appreciate your assistance and ask that you let me know if you have any questions or need anything further.

Yours very truly,

PITTMAN, GERMANY, ROBERTS
& WELSH, L.L.P.

CRYMES M. PITTMAN

CMP:jlm
Enclosures
cc:   Eugene C. Tullos, Esquire, w/enclosures

## IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

**CHARLEEN PRUITT, Individually and**                                              **PLAINTIFF**
**on behalf of the wrongful death heirs of**
**Martha Ruth Nixon, deceased**

**vs.**                                                                                                                   **CIVIL ACTION NO.2012-304**

**INVACARE CORPORATION,**
**ABC, and DEF**                                                                                       **DEFENDANTS**

### FIRST AMENDED COMPLAINT

COMES NOW Charleen Pruitt individually and on behalf of the wrongful death beneficiaries of Martha Ruth Nixon, deceased, files this her First Amended Complaint against Defendants Invacare Corporation, ABC, and DEF, as follows:

### I.

Plaintiff Charleen Pruitt is an adult resident citizen of Jasper County, Mississippi, and she brings this civil action on behalf of the wrongful death statutory beneficiaries of Martha Ruth Nixon, deceased ("Nixon").

### II.

Defendant Invacare Corporation, is a non-resident corporation with its principal place of business located in Elyria, Ohio, which has appointed CT Corporation System, 1300 East Ninth Street, Cleveland, Ohio 44114 as its agent for service of process.

Defendants ABC and DEF are entities/individuals responsible for the design, manufacture, distribution, and sale of the bed described herein. The true identities of ABC and DEF are unknown at this time. Once the identities of ABC and DEF are discovered, their names will be substituted herein in accordance with the Mississippi Rules of Civil Procedure.

FILED

JAN 22 2013

SMITH COUNTY CIRCUIT COURT

### III.

On or about October 30, 2009, Ms. Nixon was utilizing an Invacare homecare bed ("bed") when her head became lodged between the bedrail and bed thereby asphyxiating Ms. Nixon and causing her untimely death. The bed utilized component parts including the bedrails and an air mattress which were designed and manufactured by Defendants, Invacare, ABC and DEF. The bed is model number 5490IVC and its component parts are 5000IVC, 5301IVC, and 5410IVC/MO14773. The bed bears serial number IVC05H217580. The bed was designed, manufactured, distributed, and sold by Defendants Invacare, ABC, and DEF.

### IV.

The bed, including the bedrails, air mattress, and component parts referenced above were defective rendering the bed unreasonably dangerous. The defects include, but are not limited to the following:

1) The size and location of the openings within the bedrail itself, the shape of the bedrail at the ends, the closest of the fit between the bedrail and the frame; and the area between the bedrail and mattress on the bed created the risk of lethal entrapment.

2) The use of the air mattress in conjunction with a bed or bedrail that already allows for entrapment risks, the risk is in enhanced in so far as the air mattress alters the geometry of the bed and because air mattresses and because of the soft edges within the air mattresses.

### V.

The bed was, at the time it left the control of the Defendants and at the time it was utilized by Ms. Nixon, a defective product, unreasonably dangerous for the use for which it was intended;

and therefore, the Defendants are strictly liable for the injuries and damages to the Plaintiff as set forth below under the doctrine of strict liability in tort and pursuant to Mississippi Code Annotated §11-1-63, to the extent that provision applies to this action. More specifically, the bed and its component parts were designed and manufactured in such a manner that an individual like Ms. Nixon could become trapped in the bedrail or between the rail and the bed causing injuries and/or asphyxiation and death rendering the bed defective and unreasonably dangerous for the use in which it was intended. Further, the Defendants were negligent in the design, manufacture, distribution, and sale of the bed in question in that the bed and its component parts could cause injuries or death when an individual, such as Ms. Nixon, became trapped in the rail and/or between the bed and rail. Additionally, the Defendants breached warranties, both expressed and implied. Finally, the Defendants are also liable to the Plaintiff pursuant to the doctrine of *res ipsa loquitur*.

## VI.

In the addition to the foregoing, the bed failed to contain adequate warnings or instructions. Specifically, the Defendant's bed failed to warn an end user, such as Ms. Nixon, of the dangers of entrapment which could result in injury or death from asphyxiation. At the time the bed left the control of the Defendants, the Defendants knew or should have known about the defects and dangerous condition of the bed and that the ordinary user would not realize the defect or dangerous condition. Finally, the warnings or instructions were inadequate in that the Defendants failed to communicate or otherwise provide sufficient information regarding the dangers and safe uses of the bed taking into account the characteristics of and ordinary knowledge common to an individual utilizing such a bed.

## VII.

As a direct and proximate result of the negligence, strict liability, breach of warranties, failure to adequately warn or instruct, and other errors and omissions of the Defendants, Ms. Nixon suffered an untimely death on October 30, 2009. The Plaintiff is entitled to recover, on behalf of the wrongful death beneficiaries, all damages provided for by Mississippi Code Annotated §11-7-13, including damages for loss of enjoyment for life.

## VIII.

The conduct of the Defendants with regard to the design, manufacture, distribution, and sale of the bed constitutes gross negligence which evidences a willful, wanton, or reckless disregard for the safety of others, such that the Plaintiff is entitled to punitive damages of and from the Defendants pursuant to Miss. Code Ann. §11-1-65.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Charleen Pruitt, individually and on behalf of the wrongful death beneficiaries of Martha Ruth Nixon, deceased, files this her First Amended Complaint against Defendants Invacare Corporation, ABC, and DEF, and demands judgment in the sum that will reasonably compensate the wrongful death statutory beneficiaries of Martha Ruth Nixon for all of the actual damages. Plaintiff further demands punitive damages of and from the Defendants in an amount sufficient to deter similar conduct in the future. Plaintiff demands pre-judgment and post-judgment interest, attorney's fee, and all costs of this Court.

Respectfully submitted,

CHARLEEN PRUITT, INDIVIDUALLY AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF MARTHA RUTH NIXON, DECEASED

BY: _____
CRYMES M. PITTMAN

OF COUNSEL:

CRYMES M. PITTMAN, MSB# 99225
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
Email: cmp@pgrwlaw.com

EUGENE C. TULLOS, MSB# 8302
TULLOS AND TULLOS
Post Office Box 74
Raleigh, Mississippi 39153
Telephone: (601) 782-4242
Facsimile: (601) 782-4212
Email: genetullos@tullosandtullosc.om

## IN THE CIRCUIT COURT OF THE SMITH COUNTY, MISSISSIPPI

CHARLEEN PRUITT, Individually and on behalf of the wrongful death heirs of Martha Ruth Nixon, deceased          PLAINTIFF

vs.          CIVIL ACTION NO. 2012-304

INVACARE CORPORATION, and ABC, and DEF          DEFENDANTS

### SUMMONS

You are Hereby Commanded to Summons:

    INVACARE CORPORATION
    c/o CT Corporation System, as registered agent
    1300 East Ninth Street
    Cleveland, Ohio 44114

### NOTICE TO DEFENDANT

The First Amended Complaint which is attached to this Summons is important and you must take immediate action to protect your rights by filing your Answer as provided by law and/or the Mississippi Rules of Civil Procedure.

This Answer must be filed as provided by law and/or the Mississippi Rules of Civil Procedure within 30 days of the date you are served or a Judgment by Default may be entered against you for the money or other things demanded in the Complaint.

    DATED this the 22nd day of January, 2013.

                             ANTHONY GRAYSON, CIRCUIT CLERK

                             BY: /s/ Clara Bunn D.C.

CRYMES M. PITTMAN, MSB # 99225
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Email: cmp@pgrwlaw.com

FILED
FEB 07 2013
SMITH COUNTY CIRCUIT COURT

IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

**CHARLEEN PRUITT, Individually and**                          **PLAINTIFF**
**on behalf of the wrongful death heirs of**
**Martha Ruth Nixon, deceased**

vs.                                                     CIVIL ACTION NO.2012-304

**INVACARE CORPORATION,**                                 **DEFENDANTS**
**ABC, and DEF**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System, as
registered agent for
Invacare Corporation
1300 East Ninth Street
Cleveland, OH 44114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X James Wright — CT Corporation System ☐ Agent ☐ Addressee

B. Received by (Printed Name): 1300 East 9th Street, Cleveland, Ohio 44114 / C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FEB 1 2013

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 1010 0002 8129 7555

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540